**BAKER v. STATE. (No. 7787.)**

(Court of Criminal Appeals of Texas. June 13, 1923.)

Criminal law ☞1099(1)—Statement of facts not properly in record, and no question presented for review, judgment affirmed.

Where statement of facts is not signed by attorneys, or approved by the trial judge, and does not appear to have been filed in the lower court, as required by Code Cr. Proc. 1911, art. 844, and no question is presented which is reviewable in the absence of a statement of facts, the judgment will be affirmed.

Appeal from Wichita County Court at Law; Guy Rogers, Judge.

L. C. Baker was convicted of aggravated assault, and he appeals. Affirmed.

R. G. Storey, Asst. Atty. Gen., for the State.

HAWKINS, J. Conviction is for aggravated assault, with punishment by fine of $50. The statement of facts found in the record

is not signed by the attorneys, or approved by the trial judge, and does not appear to have been filed in the lower court. Article 844, C. C. P.; section 596, Branch's Ann. P. C.; note 5, Vernon's Code Cr. Proc. p. 812. The indictment charges an offense to which the charge of the court is applicable upon a state of facts provable thereunder. No questions are presented which are reviewable in the absence of a statement of the facts in evidence.

The judgment is affirmed.